# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HAWKESWORTH, | 1:09-cv-0693-AWI-WMW (HC) |
| Petitioner, | ORDER AUTHORIZING |
| vs. | IN FORMA PAUPERIS STATUS |
| NEIL ADLER, et al., | |
| Respondents. | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:   May 18, 2009**         /s/  **William M. Wunderlich**
                                  UNITED STATES MAGISTRATE JUDGE